UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| CITY WALK - URBAN MISSION INC., RENEE MILLER, and ANTHONY MILLER, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF TALLAHASSEE, <br><br>Defendant. | ) <br> ) <br> ) <br> )  CASE NO.: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> / |

# PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
# ON
# MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, herein request oral argument on their Motion for Preliminary Injunction pursuant to Rule 7.1(K) N.D.Fla.Loc.R..  Plaintiffs estimate that one hour will be required for the hearing. This Request is made for the following reasons:

1.      Plaintiffs allege that the City's requirement that they obtain approval of a Type B Site Plan before they can operate a Transitional Residential Facility (in this case, a religious mission catering to the homeless) is facially unconstitutional. In particular, Plaintiffs maintain that this form of conditional zoning represents an unconstitutional prior restraint. The claims arise under the Free Speech, Free Exercise and Free Association Clauses of the First Amendment.

2.      The constitutional issues are complex and require in-depth analysis of both the law and the details of the City's statutory scheme. Multiple pages of the Complaint

were necessary to fully detail and explain the constitutional defects in the byzantine procedures adopted by the City.

3.  Briefing may be inadequate to fully present to the Court the legal basis for Plaintiffs' claims. Oral argument will permit a fuller development of the record and allow the litigants an opportunity to address any issues the Court may raise.

WHEREFORE, Plaintiffs request that their Motion for Preliminary Injunction be set for oral argument as soon as the Court's calendar permits.

*Respectfully Submitted,*

| | |
|---|---|
| DUDLEY, SELLERS, HEALY & HEATH, PLLC | BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. |
| | __/s/ Gary S. Edinger_____ |
| SHAWN M. HEATH, Esquire | GARY S. EDINGER, Esquire |
| Florida Bar No.: 255970 | Florida Bar No.: 0606812 |
| SunTrust Financial Center, Ste 301 | 305 N.E. 1st Street |
| 3522 Thomasville Road | Gainesville, Florida 32601 |
| Tallahassee, Florida 32309 | (352) 338-4440/ 337-0696 (Fax) |
| (850) 528-0039 | GSEdinger12@gmail.com |
| Shawn@DSHattorneys.com | |

*Attorneys for Plaintiffs*