UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CITY WALK - URBAN MISSION INC.,
RENEE MILLER, and ANTHONY MILLER,

    Plaintiffs,

vs.        CASE NO.:

CITY OF TALLAHASSEE,

    Defendant.

_____/

# NOTICE OF COMPLIANCE WITH LOCAL RULE 24.1

Plaintiffs certify that they have complied with the requirements of Rule 24.1, N.D.Fla.Loc.R. by serving the Attorney General, Ashley Moody, with a copy of the Complaint and the Plaintiffs' Motion for Preliminary Injunction and Supporting Memorandum of Law by U.S. Mail sent to the Office of the Attorney General, PL-01, The Capitol, Tallahassee, Florida 32399, this 7th day of February, 2022.

*Respectfully Submitted,*

| DUDLEY, SELLERS, HEALY & HEATH, PLLC | BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. |
|---|---|
| | /s/ Gary S. Edinger |
| SHAWN M. HEATH, Esquire | GARY S. EDINGER, Esquire |
| Florida Bar No.: 255970 | Florida Bar No.: 0606812 |
| SunTrust Financial Center, Ste 301 | 305 N.E. 1st Street |
| 3522 Thomasville Road | Gainesville, Florida 32601 |
| Tallahassee, Florida 32309 | (352) 338-4440/ 337-0696 (Fax) |
| (850) 528-0039 | GSEdinger12@gmail.com |
| Shawn@DSHattorneys.com | |

*Attorneys for Plaintiffs*